

Opinions of the United
States Court of Appeals
for the Third Circuit

2015 Decisions

7-28-2015

# Roy Langbord v. US Dept of the Treasury

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Roy Langbord v. US Dept of the Treasury" (2015). *2015 Decisions.* Paper 800.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/800

This July is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-4574
_____

ROY LANGBORD; DAVID LANGBORD; JOAN LANGBORD

*Plaintiffs-Appellants*

v.

UNITED STATES DEPARTMENT OF THE TREASURY; UNITED STATES
BUREAU OF THE MINT; SECRETARY OF THE UNITED STATES DEPARTMENT
OF THE TREASURY; ACTING GENERAL COUNSEL OF THE UNITED STATES
DEPARTMENT OF THE TREASURY; DIRECTOR OF THE UNITED STATES
MINT; CHIEF COUNSEL UNITED STATES MINT; DEPUTY DIRECTOR OF THE
UNITED STATES MINT; JOHN DOE NOS. 1 TO 10 "JOHN DOE" BEING
FICTIONAL FIRST AND LAST NAMES; UNITED STATES OF AMERICA

*Defendants-Appellees*
_____

UNITED STATES OF AMERICA

*Third Party Plaintiff*

v.

TEN 1933 DOUBLE EAGLE GOLD PIECES; ROY LANGBORD; DAVID
LANGBORD; JOAN LANGBORD

*Third Party Defendants*

ROY LANGBORD, DAVID LANGBORD, JOAN LANGBORD

*Appellants*

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

(District Court No. 2:06-cv-05315)
District Judge:  Honorable Legrome D. Davis

—————————————

PRESENT:   McKEE, Chief Judge, AMBRO, FUENTES, SMITH, FISHER,
CHAGARES, JORDAN, HARDIMAN, VANASKIE, SHWARTZ,
KRAUSE, SLOVITER1 and RENDELL2 Circuit Judges

**ORDER**

A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court  shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered April 17, 2015 are hereby vacated.

By the Court,


s/ Theodore A.  McKee
Chief Circuit Judge


Date:         July 28, 2015
SLC/cc:      Barry H. Berke, Esq.
Jacqueline C. Romero, Esq.
Erica A. Tirschwell, Esq.
Robert A. Zauzmer, Esq.

—————————————

1 As to panel rehearing only; will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.

2 As to panel rehearing only; will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.